# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**LINDA T. WONG,**

Plaintiff,

v.

**NISSAN MOTOR ACCEPTANCE CORPORATION,**

Defendant.

**Case No.:** SACV18-2165 JVS (KESx)

**ORDER**

**HONORABLE JAMES V. SELNA**

Based upon the Parties' Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 10, 2019

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE